# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JACQUELINE RICHARDSON**                                                                  **PLAINTIFF**

**v.**                      **Case No. 4:19-cv-00469 KGB**

**CITY OF HIGGINSON,** *et al.*                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and fees.

It is so ordered this 6th day of March, 2020.

                                                        Kristine G. Baker
                                                        United States District Judge